OPINION — AG — ** POLITICAL SUBDIVISION TORT CLAIMS ACT ** MASTER CONSERVANCY DISTRICTS ESTABLISHED UNDER 82 O.S. 1980 Supp., 541 [82-541] ARE NOT SUBJECT TO THE PROVISIONS OF THE POLITICAL SUBDIVISION TORT CLAIMS ACT (51 O.S. 1978 Supp., 151 [51-151] THRU 51 O.S. 1978 Supp., 170 [51-170]) CITE: ARTICLE V, SECTION 57, 51 O.S. 1978 Supp., 152 [51-152], 51 O.S. 1980 Supp., 152 [51-152](6), 82 O.S. 1971 545 [82-545], 82 O.S. 1980 Supp., 541 [82-541], OPINION NO. 71-121 (FLOYD W. TAYLOR) (WATER)